**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**APRIL D. BONDURANT,**

     **Plaintiff,**

**v.**                                 **Case No.  1:18cv83-MW/CAS**

**NANCY A. BERRYHILL,**
**Acting Commission of Social Security,**

     **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and

Recommendation.  ECF No. 21.  Upon consideration, no objections having been filed by the

parties,

     **IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.  The

Clerk shall enter judgment stating, "The Commissioner's decision to deny Plaintiff's application

for Social Security benefits is **AFFIRMED** and Judgment is entered for the Defendant."  The

Clerk shall close the file.

     **SO ORDERED on January 18, 2019.**

                     **s/ MARK E. WALKER**
                     **Chief United States District Judge**